IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ROY LEEDALE COLLINS                                                                 PLAINTIFF

v.                              CASE NO. 5:21-CV-5037

SHERIFF TIM HELDER, SERGEANT BRIAN ATCHLEY,
SERGEANT JOHN PATRICK BYRD,
LIEUTENANT AMANDA ARNOLD,
CORPORAL BOMAN, AND DEPUTY GLASS                                  DEFENDANTS

## JUDGMENT

Pursuant to the order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that this matter is DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUDGED this November 2, 2021.

/s/ P. K. Holmes III
P.K. HOLMES III
U.S. DISTRICT JUDGE